Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office, based on where the case is venued)*

Re: (Case Name) Amos Outling /Case # 03-11913-B
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 5.84. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

✓ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Niagara Mohawk  Amount $ .83  Claims Register # 1

Claimant Citibank USA  Amount $ .72  Claims Register # 6

Claimant MNBA America  Amount $ 4.29  Claims Register # 11

Claimant _____  Amount $ _____  Claims Register # _____

TLOD
Trustee Name

FILED
FEB 28 2011
BANKRUPTCY COURT
BUFFALO, NY